**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT JAMES PELTO,**

      **Plaintiff,**

**v.**       Case No:   6:14-cv-851-Orl-37KRS

**THE UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER AND NOTICE OF RESCHEDULED HEARING

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNITED STATES' UNOPPOSED MOTION FOR CONTIUANCE OF AUGUST 4, 2015 HEARING (Doc. No. 34)**
>
> **FILED:** July 27, 2015
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Hearing on the United States' Motion to Extend Discovery (Doc. No. 30) is rescheduled for **Wednesday, August 12, 2015, at 10:00 A.M.**, before the undersigned in Courtroom 5D, Fifth Floor, U.S. Courthouse, 401 W. Central Boulevard, Orlando Florida.  In addition to the matters outlined in the original Order and Notice of Hearing (Doc. No. 33), the parties shall be prepared to present argument concerning Plaintiff's Motion to Quash Subpoenas (Doc. No. 31).

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2015.

                                                   *Karla R. Spaulding*
                                                 KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE